IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
01 AUG 24 PM 3:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

STANLEY D. GARRETT, )
)
    Petitioner, )
)
v. ) CIVIL ACTION NO. 00-S-1622-NE
)
WARDEN RALPH HOOKS and THE )
ATTORNEY GENERAL FOR THE )
STATE OF ALABAMA, )
)
    Respondents. )

ENTERED
AUG 2 4 2001

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

To the extent that the petitioner also seeks to expand the record and for this court to conduct an evidentiary hearing, the requests are due to be denied.



**DONE**, this __24th__ day of August, 2001.

_____
UNITED STATES DISTRICT JUDGE